# Third District Court of Appeal
## State of Florida

Opinion filed August 7, 2024.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D24-0841
Lower Tribunal No. F94-1289

————————————

**Franky St. Louis Joseph,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Franky St. Louis Joseph, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.